HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Qynne Addison

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | **Case No. 3:07-CV-01321-CRB**  **MDL NO. 1699** **District Judge: Charles R. Breyer** |
| Qynne Addison, Plaintiff, vs. Pfizer Inc., et al. Defendants. | ) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, QYNNE ADDISON, and Defendants, by and through the

undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's

fees and costs.

-1-

DATED: 9/14, 2009                     HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
                                       Monica C. Vaughan
                                       Attorneys for Plaintiff, Qynne Addison

DATED: December 8, 2009               DLA PIPER LLP (US)

By: _____
                                       Michelle W. Sadowsky
                                       Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009                   _____
                                       Hon. Charles R. Breyer
                                       United States District Court