HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Anna Lee Green

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:07-CV-01321-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Qynne Addison, et al.<br>(**Anna Lee Green**),<br>               Plaintiff,<br><br>     vs.<br><br>Pfizer Inc., et al.<br>               Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ANNA LEE GREEN, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's fees and costs.

DATED: December 8, 2009         HOUSSIERE, DURANT & HOUSSIERE, LLP

                                By: _____
                                    Monica C. Vaughan
                                Attorneys for Plaintiff, Anna Lee Green


DATED: December 8, 2009         DLA PIPER LLP (US)

                                By: _____
                                    Michelle W. Sadowsky
                                Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:  DEC 1 1 2009            _____
                                Hon. Charles R. Breyer
                                United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE