HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Peggy Guidry

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:07-CV-01321-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Qynne Addison, et al.<br>(**Peggy Guidry**),<br>                        Plaintiff,<br><br>vs.<br><br>Pfizer Inc., et al.<br>                        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, PEGGY GUIDRY, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's fees and costs.

DATED: December 8, 2009        HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
    Monica C. Vaughan
    Attorneys for Plaintiff, Peggy Guidry

DATED: December 8, 2009        DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __DEC 1 1 2009__        _____
                               Hon. Charles R. Breyer
                               United States District Court