HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Angela Kruse

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 3:07-CV-01321-CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Qynne Addison, et al.<br>(**Angela Kruse**),<br>Plaintiff,<br><br>vs.<br><br>Pfizer Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ANGELA KRUSE, and Defendants, by and through the

undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's

fees and costs.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: <u>December 8</u>, 2009

HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____

Monica Q. Vaughan

Attorneys for Plaintiff, Angela Kruse

DATED: <u>December 8</u>, 2009

DLA PIPER LLP (US)

By: _____

Michelle W. Sadowsky

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **DEC 1 1 2009**

_____

Hon. Charles R. Breyer

United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**